

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2016

No. 04-16-00269-CV

**IN THE ESTATE OF BILLYE M. HORMUTH, DECEASED**,

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2011PC4120
Honorable Tom Rickhoff, Judge Presiding

## O R D E R

By order dated June 6, 2016, appellant was informed the appellate record was complete and was ordered to file his brief by July 6, 2016. By order dated July 12, 2016, appellant was informed the brief was late and was ordered to show cause in writing by July 27, 2016 why this appeal should not be dismissed for want of prosecution.

On August 4, 2016, appellant filed a motion requesting an extension of time to file his brief. The motion states appellant did not receive notice that the clerk's record or supplemental clerk's records had been filed and was unaware appellant's brief was due to be filed July 6, 2016. However, this court's orders dated June 2, 2016 and June 6, 2016 both reference the clerk's record and supplemental clerk's records. Furthermore, this court's order dated June 6, 2016 expressly set forth the deadline for filing appellant's brief. It is therefore ORDERED that appellant's motion is DENIED. Appellant's brief must be filed by August 12, 2016, or this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of August, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court